UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAMES HAMILTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION G-06-607 |
| | § | |
| MARITRANS, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between Plaintiff and Defendants, the Court dismisses this case without prejudice to reinstatement of Plaintiff's claims if any party represents to the Court on or before November 1, 2007 that the settlement could not be completely documented. The court retains jurisdiction over any settlement agreements.

Signed at Houston, Texas on September 28, 2007.

_____
Gray H. Miller
United States District Judge